**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Severiano Temoxtle-Contreras**<br>YOB: 2005; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-01030MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about September 12, 2024, at or near Naco, in the District of Arizona, **Severiano Temoxtle-Contreras**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Naco, Arizona on September 12, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about September 12, 2024, at or near Naco, in District of Arizona, **Severiano Temoxtle-Contreras**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Severiano Temoxtle-Contreras** is a citizen of Mexico. On September 12, 2024, **Severiano Temoxtle-Contreras** was lawfully denied admission, excluded, deported and removed from the United States through Naco, Arizona. On September 12, 2024, agents found **Severiano Temoxtle-Contreras** in the United States at or near Naco, Arizona without the proper immigration documents. **Severiano Temoxtle-Contreras** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Severiano Temoxtle-Contreras** admitted to illegally entering the United States of America from Mexico on or about September 12, 2024, at or near Naco, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br>*/s/*<br>OFFICIAL TITLE<br>Eric R. Wood<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE<br>*/s/ Eric J. Markovich* | DATE<br>September 13, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins